

| | | | |
|---|---|---|---|
| Ira S. Nesenoff<br>Andrew T. Miltenberg<br>―――――――――<br>Stuart Bernstein<br>Tara J. Davis | Barbara H. Trapasso<br>Gabrielle M. Vinci<br>Nicholas E. Lewis<br>Adrienne D. Levy<br>Regina M. Federico<br>Suzanne Dooley<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel*<br><br>Jeffrey S. Berkowitz<br>Rebecca C. Nunberg<br>*Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* | |

ATTORNEYS AT LAW
―――――――――
**nmllplaw.com**

December 9, 2022

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261-7367

Re:   *Doe v. Siena College*, C.A. No. 1:22-cv-0115-BKS-TWD

Dear Chief Judge Sannes:

The undersigned represents Plaintiff John Doe in the above-referenced action. In accordance with the Court's December 2, 2022 Text Minute Entry, we write to notify the Court of Plaintiff's anticipated witnesses and exhibits for the December 16, 2022 hearing (the "Hearing").

**Anticipated Witnesses**

Plaintiff intends to call four witnesses for the Hearing:

1. Stuart Bernstein, Plaintiff's advisor throughout Plaintiff's Title IX matter;
2. John Doe;
3. Plaintiff intends to cross examine Defendant's witnesses Ms. Goland and Ms. Joyce.

**Anticipated Exhibits**

Plaintiff does not intend to use any other exhibits besides the ones submitted to the Court in support of his Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 2), the documents submitted to the Court in reply to Defendant's opposition to Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 22), and the documents



submitted to the Court by Defendant in its opposition to Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (ECF No. 17).

        **Respectfully submitted,**

        **NESENOFF & MILTENBERG, LLP**
        *Attorneys for Plaintiff John Doe*

        By: /s/  Tara J. Davis
        Andrew T. Miltenberg, Esq.
        Tara J. Davis, Esq.
        Kristen Mohr, Esq.
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        amiltenberg@nmllplaw.com
        tdavis@nmllplaw.com
        kmohr@nmllplaw.com