

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**LIZA R. MAGLEY**
lmagley@bsk.com
P: 315.218.8226

January 6, 2023

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes
Chief Judge
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

Re:   *Doe v. Siena College*, Civil Action No. 1:22-cv-1115 (BKS/TWD)

Dear Chief Judge Sannes:

On behalf of Defendant Siena College, and with the agreement of Plaintiff John Doe, in the above-referenced action, we write to request the Court continue to hold its decision on Plaintiff's motion for a preliminary injunction in abeyance.

On December 19, 2022, our office wrote, with Plaintiff's agreement, requesting the Court wait to issue its decision until January 6, 2022 in order to facilitate resolution of this dispute prior to the commencement of the Spring 2023 semester. (ECF Doc. No. 36)

Since that time, the parties have worked towards resolution, have reached an agreement in principle, and are working on formal language for the same. In order to facilitate formalizing this agreement, we request the Court continue to hold its decision in abeyance until January 16, 2023.

In the event the parties formalize and execute a resolution before that date, then we will promptly advise the Court.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Liza R Magley*

Liza R. Magley
LRM/lrm

cc:   VIA ELECTRONIC FILING
      All Counsel of Record