

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER**
smesser@bsk.com
P: 315.218.8628

January 17, 2023

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY  13261

Re:     *Doe v. Siena College, Civil Action No. 1:22-cv-1115 (BKS/TWD) (N.D.N.Y.)*

Dear Magistrate Judge Dancks:

We represent Defendant Siena College in the above-captioned action. The parties write to request an adjournment of the requirement that they file a Civil Case Management Plan and attend a Rule 16 Conference in this matter.

The parties have reached a resolution of their dispute and are working to memorialize that agreement. For that reason, we'd request that the current deadlines be adjourned pending a Stipulation of Dismissal of the action.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne M. Messer*

Suzanne M. Messer

cc: All Counsel of Record, via ECF

15327433

Attorneys At Law | A Professional Limited Liability Company