

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**SUZANNE M. MESSER**
smesser@bsk.com
P: 315.218.8628

January 18, 2023

**VIA ELECTRONIC MAIL**

Hon. Brenda K. Sannes
U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY  13261

Re:  *Doe v. Siena College, Civil Action No. 1:22-cv-1115 (BKS/TWD) (N.D.N.Y.)*

Dear Judge Sannes:

We submit this letter respectfully requesting that the Court withdraw its decision on the Plaintiff's motion for a preliminary injunction.

On January 6, 2023, the parties jointly informed the Court that they resolved this dispute and were working towards memorializing the terms of the resolution. Dkt. No. 39. We had hoped to finalize the terms on or before January 16, which was a holiday.  The parties reached a final agreement to the terms on January 17.  Shortly before we were able to inform the Court of such, however, the Court issued its decision.

In light of the resolution reached by the parties, which disposes of the case in its entirety, we respectfully request that the Court rescind the decision on the preliminary injunction that was filed yesterday afternoon.  The parties expect that the agreement will be signed and a Stipulation of Dismissal will be filed shortly.

In the event the Court is disinclined to withdraw the decision, in light of the fact that the settlement obviated the need for relief from the Court, we request that the Court not authorize the publication of the decision in any unofficial or official reporters.

We are available for a conference to discuss this further.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne M. Messer*

Suzanne M. Messer

Hon. Therese Wiley Dancks
January 18, 2023
Page 2

cc: All Counsel of Record, via electronic mail

15328859