

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE MESSER, ESQ.**
MesserS@bsk.com
P: 315.218.8628
F: 315.218.8100

February 15, 2023

**<u>VIA ELECTRONIC FILING</u>**

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261-7367

Re:   *Doe v. Siena College*, C.A. No. 1:22-cv-01115-BKS-TWD

Dear Chief Judge Sannes:

As the Court is aware, the parties have entered into an agreement resolving this dispute. We are cognizant of the Court's order that a stipulation of dismissal be filed by February 21, 2023. Pursuant to the parties' agreement, however, certain actions need to be taken prior to the filing of a stipulation. We request that the Court extend the deadline to file the stipulation of dismissal until March 21, 2023 to enable the parties to complete these actions. We have discussed this with plaintiff's counsel, who joins in this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne M. Messer*

Suzanne M. Messer
SMM/cmd

cc:   All counsel of record, via ECF