UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

v.

SIENA COLLEGE,

                Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.

1:22-cv-1115 (BKS/TWD)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-captioned action, that whereas no party hereto in an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed with prejudice, without costs, attorneys' fees, expenses, or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice of the Court.

Dated: March 15, 2023

NESENOFF & MILTENBERG, LLP

By: _s/ Tara Davis_
    Andrew Miltenberg
    Tara Davis
363 Seventh Avenue - 5th Floor
New York, NY 10001
Telephone: 212-736-4500
Email: amiltenberg@nmllplaw.com
Email: tdavis@nmllplaw.com

*Attorneys for Plaintiff John Doe*

BOND, SCHOENECK & KING, PLLC

By: _s/ Liza R. Magley_
    Suzanne M. Messer (514398)
    Liza R. Magley (519849)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: messers@bsk.com
Email: lmagley@bsk.com

*Attorneys for Defendant Siena College*

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: March 15, 2023
Syracuse, NY

15270040

7